**DISMISS and Opinion Filed June 23, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00042-CV

## IN THE INTEREST OF D.P.B. AND D.Z.B., MINOR CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-52923-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Pedersen, III, and Kennedy
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated May 8, 2023 we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

230042F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.P.B. AND
D.Z.B., MINOR CHILDREN

No. 05-23-00042-CV

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-52923-
2021.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered June 23, 2023